*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★ ★

October 13, 2015

No. 04-15-00570-CV

**PEVETO COMPANIES, LTD. D/B/A BRAKE CHECK,**
Appellant

v.

**FASA FRICTION LABORATORIES, INC.,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20405
Honorable Solomon Casseb, III, Judge Presiding

# ORDER

This court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (West 2011). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by **October 27, 2015** stating: (1) the name and address of the mediator of their choice; or (2) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on October 13, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on October 13, 2015.

_____
Keith E. Hottle, Clerk